# UNITED STATES DISTRICT COURT

United States District Court
Southern District of Texas
FILED

JAN 1 8 2012

David J. Bradley, Clerk

__SOUTHERN__ DISTRICT OF __TEXAS__

UNITED STATES OF AMERICA
V.

**CRIMINAL COMPLAINT**

Case Number: M-12-0114-M

Maria Ysidra CONTRERAS
DOB: 1989
Citizen of Mexico

I, Kelton L. Harrison, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __January 17, 2012__ (Date) In __Hidalgo__ County, in the __Southern__ District of __Texas__ Defendant(s) did,

Knowingly and intentionally possess with the intent to distribute, approximately 44.74 kilograms of marijuana, a Schedule II controlled substance.

in violation of Title __21__ United States Code, Section(s) __841__.

I further state that I am a(n) __Special Agent__ And that this complaint is based on the following facts:
Official Title

On January 17, 2012, at approximately 1600 hours, a red in color Dodge Ram pick-up truck driven by Maria Ysidra CONTRERAS (DOB:07/06/1989) bearing Texas tags: BJ8 6805 was stopped entering the Progreso, Texas Port of Entry (POE).

See Attachment "A"

Continued on the attached sheet and made a part of this complaint: ☒ Yes  ☐ No

_____
Signature of Complainant

Kelton L Harrison, ICE
Printed Name of Complainant

Sworn to before me and signed in my presence,

January 18, 2012                                   at    McAllen, Texas
Date                                                     City and State

U.S. Magistrate Judge Peter Ornsby                   _____
Name and Title of Judicial Officer                   Signature of Judicial Officer

**Attachment "A"**

Upon being asked by Customs and Border Protection Officer (CBPO) Rafael Villarreal if she had any items to declare and where she was coming from, CONTRERAS advised the CBPO Villarreal that she had candy and a piñata to declare. CONTRERAS also stated that she was buzzing from a few drinks she had at a party in Progreso, Mexico and needed to use the bathroom.

CBPO Villarreal noticed CONTRERAS' hands were shaking and that she appeared to be acting strange and trying to take control of the situation. CBPO Villarreal realized that CONTRERAS had passed through his lane twice before using the same excuse and referred CONTRERAS' vehicle for a secondary inspection.

Upon secondary inspection 44.74 kilograms of marijuana was discovered hidden in all four tires of CONTRERAS' vehicle. At this time, Homeland Security Investigations (HSI) was contacted by CBP about the seizure. As a result, HSI Special Agents (SA) K. Harrison and G. Sanchez responded to the Progreso, POE to interview CONTRERAS and initiate an investigation.

At approximately 7:30 pm, CONTRERAS was read her Miranda rights in English by SA Sanchez as witnessed by SA Harrison. CONTRERAS stated that she understood her rights and agreed to provide a statement without an attorney present.

During her interview, CONTRERAS stated she knew she was smuggling marijuana from Mexico into the United States. CONTRERAS further stated she was going to be paid $1,000 after delivering the marijuana to the Wal-Mart in Weslaco, Texas. CONTRERAS stated this was her first time smuggling narcotics and that she did it because she needed the money.

At approximately 8:30 pm, SA K. Harrison contacted AUSA Jason Honeycutt and advised him of the confession and seizure. AUSA Honeycutt accepted federal prosecution of CONTRERAS.