United States District Court
Southern District of Texas
FILED

FEB 8 2012

David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Criminal No. M-12-125 |
| MARIA YSIDRA CONTRERAS | § | |

## INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about January 17, 2012, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**MARIA YSIDRA CONTRERAS**

did knowingly and intentionally conspire and agree with other person or persons known and unknown to the Grand Jurors, to knowingly and intentionally import into the United States of America from the United Mexican States a controlled substance. The controlled substance involved was less than 50 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 963, 952(a), 960(a)(1), and 960(b)(4).

### Count Two

On or about January 17, 2012, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**MARIA YSIDRA CONTRERAS**

did knowingly and intentionally import into the United States of America from the United Mexican

States a controlled substance. The controlled substance involved was less than 50 kilograms, that is, approximately 44 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 952(a), 960(a)(1), and 960(b)(4), and Title 18, United States Code, Section 2.

### Count Three

On or about January 17, 2012, in the Southern District of Texas and within the jurisdiction of the Court, defendant,

**MARIA YSIDRA CONTRERAS**

did knowingly and intentionally conspire and agree with other person or persons known and unknown to the Grand Jurors, to knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was less than 50 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(D).

### Count Four

On or about January 17, 2012, in the Southern District of Texas, and within the jurisdiction of the Court, defendant,

**MARIA YSIDRA CONTRERAS**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was less than 50 kilograms, that is, approximately 44 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

KENNETH MAGIDSON
UNITED STATES ATTORNEY


_Robert Wells_
ASSISTANT UNITED STATES ATTORNEY