# FEDERAL PUBLIC DEFENDER
## Southern District of Texas
Bentsen Tower, Suite 405
1701 W. Business Highway 83
McAllen, Texas  78501-5159

| | |
|---|---|
| **FEDERAL PUBLIC DEFENDER** | Telephone: (956) 630-2995 |
| *MARJORIE A. MEYERS* | Fax:       (956) 631-8647 |
| **Assistant in Charge:** | |
| *THOMAS G. LINDENMUTH* | |

February 27, 2012


**ATTENTION:**   RITA CORONADO

**SUBJECT:**     GUILTY PLEA

The following individual is ready to plead guilty.  Please set up for re-arraignment as soon as possible, at the Court's convenience.  Final Pretrial and Jury Selection are set for March 28, 2012 at 2:00 p.m. and April 3, 2012 at 9:00 a.m. before the Honorable Micaela Alvarez.

M-12-125-01     Maria Ysidra Contreras
                AUSA: Robert Wells, Jr.
                Deft. P/G to 1 Ct. Indictment
                Single Defendant
                East Hidalgo Detention Center (La Villa)
                Marijuana-21 U.S.C. § 841

Respectfully,


 s/ Miguel A. A, Nogueras
MIGUEL A. A. NOGUERAS
Assistant Federal Public Defender


MAN:car
ECF: AUSA Robert Wells, Jr.
FPD File 12-M-2388